**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

July 30, 2008

## LETTER ORDER

Re:   Vijay N. Roy v. Kamlesh J. Brahmbhatt, et al.
      Civil Action No. 07-5082 (PGS)

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **August 18, 2008 at 10:30 a.m.**. **Counsel for the Defendant is to initiate the call.** Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

**SO ORDERED.**

                                                                s/Esther Salas
                                                                **Esther Salas, U.S.M.J**

cc:   Clerk
      Hon. Peter G. Sheridan, U.S.D.J.
      File