UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY ROY,<br><br>    Plaintiff,<br><br>v.<br><br>KAMLESH J. BRAHMBHATT, SONAL BRAHMBATT, ET AL.,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>PETER KUMAR AND SHASHI REKHA,<br><br>    Third-Party Defendants. | Civil Action No. 07-5082 (PGS)<br><br>**ORDER** |

A Report and Recommendation was filed on October 24, 2008 recommending that this Court grant Third-Party Defendants', Peter Kumar and Shashi Rekha, motion to dismiss the Third-Party Complaint brought by Third-Party Plaintiffs/Defendants. The parties were given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing,

It is on this 25 day of November 2008,

ORDERED that the Report and Recommendation of Magistrate Judge Esther Salas (Docket No. 37) is hereby adopted as the opinion of the Court; and it is further

ORDERED that the Third-Party Complaint (Docket No. 7, pages 18-24) is dismissed with prejudice.

11-25-08

_____
PETER G. SHERIDAN, U.S.D.J.