UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| VIJAY N. ROY, | Civil Action No. 07-5082 (PGS) |
| Plaintiff, | |
| v. | |
| BIMAL BRAHMBHATT, ET AL., | ORDER |
| Defendants. | |

A Report and Recommendation was filed on March 26, 2009 recommending that this Court deny Defendants' motion to dismiss this action for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2). The parties were given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 3 day of June, 2009,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas at Docket Entry No. 49 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Defendants' motion to dismiss at Docket Entry No. 39 is DENIED.

PETER G. SHERIDAN, U.S.D.J.